THE PEOPLE OF THE STATE OF NEW YORK ex rel. BROADWAY-TRINITY PLACE CORPORATION, Respondent, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Appellants.

Argued March 3, 1949; decided April 14, 1949.

*John P. McGrath, Corporation Counsel* (*James J. McGowan, William F. Murphy* and *Morris Handel* of counsel), for appellants.

*Herbert Plaut* for respondent.

Order affirmed, with costs; no opinion.

Concur: Loughran, Ch. J., Lewis, Conway, Desmond, Dye, Fuld and Bromley, JJ.